**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| RANDALL GATZ and LISA MELONE, Guardians of MARISA GATZ, | ) ) ) No.: ) ) (Removed from the Circuit Court of ) Cook County, Law Division ) Case No.: 2024 L 012509) ) |
| Plaintiffs, | |
| vs. | |
| CITY OF CHICAGO, a Municipal Corporation, LINDY CLARK (#92502), D. M. SCAFIDI (#13700), M. J. FLIS (#6252), Detention Aide THOMPSON (#28472), ROBERT O'DONNELL (#321), RICHARD CORONA (#2701), JOSE RODRIGUEZ (#5512) & DARRYL CORTER (#1045), | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

NOW COME the Defendants, LINDY CLARK (#92502), D. M. SCAFIDI (#13700), M. J. FLIS (#6252), Detention Aide THOMPSON (#28472), ROBERT O'DONNELL (#321), RICHARD CORONA (#2701), JOSE RODRIGUEZ (#5512) and DARRYL CORTER (#1045) (collectively referred to herein as "Individual Defendants"), by and through their attorneys, BORKAN & SCAHILL, LTD., and pursuant to 28 U.S.C. §§ 1441 and 1446 move to remove this case (Case No. 2023 L 001180) from the Circuit Court of Cook County, Law Division, in which it is pending to the United States District Court for the Northern District of Illinois, Eastern Division. In support thereof, Defendants state as follows:

1. On November 11, 2024, Plaintiffs, RANDALL GATZ and LISA MELONE, as Guardians for Marisa Gatz, filed a cause of action against Defendant, City of Chicago, and Individual Defendants LINDY CLARK (#92502), D. M. SCAFIDI (#13700), M. J. FLIS (#6252), Detention Aide THOMPSON (#28472), ROBERT O'DONNELL (#321), RICHARD CORONA (#2701), JOSE RODRIGUEZ (#5512) and DARRYL CORTER (#1045) in the Circuit Court of Cook County, Law Division arising from an

1

incident on November 11, 2023, wherein Marisa Gatz suffered injuries as a result of a drug overdose. *See* Complaint, attached as Ex. 1.

2. On February 3, 2025, Defendants filed a Joint 2-615 Motion to Dismiss Plaintiffs' claims which was heard on April 4, 2025. *See* April 4, 2025 Order attached as Ex. 2.

3. On April 25, 2025, Defendants filed a Joint 2-619 Motion to Dismiss Plaintiffs' claims which was heard on June 25, 2025. *See* June 25, 2025 Order attached as Ex. 3.

4. During the hearing, the Court found that Plaintiff's initial pleading was insufficient to establish when the drugs were located by the Individual Defendants, how they were found, where they were found, and who had knowledge of the drugs being located. *See* June 25, 2025 Transcript attached as Ex. 4. Accordingly, Plaintiffs were ordered to file an amended complaint to correct these deficiencies. *See* Ex. 3; Ex. 4.

5. On July 3, 2025 Plaintiffs filed their First Amended Complaint. *See* First Amended Complaint attached as Ex. 5.

6. Plaintiffs' First Amended Complaint, Plaintiffs allege for the first time, claims arising pursuant to §1983. *Compare* Ex. 1, *with* Ex. 5 at pp. 16 (Count IV (Failure to Provide Medical Care – Against Individual Defendants), Count V (Failure to Intervene – Against Individual Defendants), Count VI (Failure to Protect – Against Individual Defendants), Count VII (Supervisory Liability – Defendant O'Donnell)).

7. Accordingly, as Plaintiffs' claim in Count IV-VII sounds in federal law and under a federal statute, this Court has original jurisdiction of this claim pursuant to 28 U.S.C. § 1331. Additionally, this Court also has supplemental jurisdiction over Plaintiff's state court claim in Counts I-III and VIII pursuant to 28 U.S.C. § 1367. The state law claim alleged by Plaintiff arises from the same incident and therefore a "common nucleus of operative facts" so that supplemental jurisdiction is appropriate. *See United Mine Workers v Gibbs*, 383 U.S. 715, 725 (1966).

2

8. Accordingly, pursuant to 28 U.S.C. § 1441 (a), (c), all counts of this suit may be removed to this Court.

9. Pursuant to 28 U.S.C. § 1446 (b), this Notice of Removal is timely as it is filed within 30 days of receipt by Defendants of Plaintiff's First Amended Complaint at Law which contains a cause of action invoking original federal jurisdiction. *See* Ex. 5. Additionally, Defendant City of Chicago consents to removal of this action from the Circuit Court of Cook County to the United States District Court for the Northern District of Illinois.

10. Pursuant to 28 U.S.C. § 1446 (a), the Individual Defendants hereby attaches copies of all process, pleadings, and orders served upon the Individuals Defendants. *See* Ex. 1-3, 5; Copies of all State Court proceedings attached as Group Ex. 6.

11. Written notification of the filing of this Notice of Removal, together with a copy of this Notice of Removal, has been provided to Plaintiffs through their counsel and will be filed with the Circuit Court of Cook County pursuant to 28 U.S.C. § 1446 (d).

WHEREFORE, Individual Defendants hereby removes this matter from the Circuit Court of Cook County to the United States District Court for the Northern District of Illinois.

Respectfully submitted,

BORKAN & SCAHILL, LTD.

By: /s/ *Whitney N. Hutchinson*
Whitney N. Hutchinson

Whitney N. Hutchinson
Special Assistant Corporation Counsel
BORKAN & SCAHILL, LTD.
20 South Clark Street, Suite 1700
Chicago, IL 60603
(312) 580-1030
*Counsel for Individual Defendants, LINDY CLARK,*
*D. M. SCAFIDI, M. J. FLIS ,Detention Aide THOMPSON, ROBERT*
*O'DONNELL, RICHARD CORONA, JOSE RODRIGUEZ*
*& DARRYL CORTER*

STATE OF ILLINOIS     )
                         ) SS.
COUNTY OF COOK     )

I, Whitney N. Hutchinson, do hereby certify, and having been first duly sworn upon oath do hereby state, that I have read the above and foregoing Notice of Removal, by me subscribed as signatory for Defendant Officers and the same is true and correct to the best of my knowledge and belief.

Whitney N. Hutchinson

SUBSCRIBED and SWORN to before me

on this 29th day of July, 2025.

Notary Public

Notary Public, State of Illinois
Official Seal
Elena Favela
Commission # 780284
My Commission Expires 5/15/2029