**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Randall Gatz, et al.

Plaintiff,

v.                                                                     Case No.: 1:25−cv−08864
                                                                       Honorable Manish S. Shah

City of Chicago, a municipal corporation, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 16, 2026:

MINUTE entry before the Honorable Manish S. Shah: Motion hearing held. For the reasons stated in open court, the motion to compel [76] is granted in part. Plaintiffs may re−depose defendant Thompson, for a period of 45 minutes, limited to questions related to the arrestee medical clearance report. No other depositions are reopened. Plaintiffs have leave to issue a 30(b)(6) notice of deposition to the City of Chicago. The motion for sanctions [81] is denied, but the court directs counsel on deposition practice going forward. Counsel are permitted a standing objection to the form of questions asked in the remainder of the depositions. Counsel may assert substantive objections (e.g., hearsay) but counsel should use better judgment before lodging an objection to a question that is not likely to be a trial−worthy objection. If the witness understands the question and is competent to answer it with admissible testimony, objections to form are an unnecessary interruption. Discovery depositions are often less precise than trial testimony, and defense counsel should focus on points of substantive evidence over form. Counsel should avoid prefatory remarks before questions and avoid compound questions. The answer may not be admissible at trial (or summary judgment) if the court sustains a later asserted "form" objection. Plaintiffs may ask any deposition participants appearing via video to turn on their camera once at the beginning of each deposition to confirm the participants' setting and that they are alone. The fact discovery deadline is extended to 9/18/26. The parties shall file a status report with a proposed expert discovery schedule by 9/10/26. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.